**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RAFAEL OCHOA RENDON,                    No. C-06-2060 MMC

12              Petitioner,                  **ORDER GRANTING PETITIONER'S**
                                             **MOTION FOR LEAVE TO FILE MOTION**
13      v.                                   **FOR RECONSIDERATION**

14   MICHAEL CHERTOFF, et al.,

15              Respondents
     _____/

16

17          Before the Court is petitioner's motion, filed March 20, 2006, for leave to file a

18   motion for reconsideration of the Court's March 17, 2006 order, by which order the Court

19   denied petitioner's Motion for Emergency Stay of Execution and Application for Temporary

20   Stay Order Pending Ruling on Motion.

21          Having read and considered the motion for leave, the Court hereby GRANTS the

22   motion, and will afford petitioner leave to file a motion for reconsideration.

23          **IT IS SO ORDERED.**

24

25   Dated: March 20, 2006                   _____
                                             MAXINE M. CHESNEY
26                                           United States District Judge

27

28