```
 1  JAMES TODD BENNETT
    Attorney at Law
 2  P.O. Box 742
    El Cerrito, CA 94530
 3  California State Bar No.  113009
    Telephone: (510) 232-6559
 4
    Attorney for Petitioner
 5  RAFAEL OCHOA RENDON
```

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| **RAFAEL OCHOA RENDON,** | CASE NO.: C06 2060 MMC |
| Petitioner, | ~~AMENDED PROPOSED~~ **ORDER SHORTENING TIME FOR HEARING** |
| v. | |
| **MICHAEL CHERTOFF,** Secretary, Department of Homeland Security, **NANCY ALCANTAR,** Field Office Director, Immigration and Customs Enforcement, and **ALBERTO GONZALES,** Attorney General of the United States, | [Alien Registration No.: A93 184 801] |
| Respondent. | |

On reading the application of Rafael Ochoa Rendon, for order shortening time on his motion to reconsider the order denying his temporary restraining order and restraining order application in the above entitled action:

IT IS HEREBY ORDERED the motion to reconsider will be heard on March 24, 2006 at 9:00 o'clock a.m. in courtroom 7 of the United States District Court, Northern District of California. Respondents may file an opposition to the motion to reconsider ~~on~~ by noon, March 23, 2006.

Dated: March 21, 2006                                   _____
                                                        JUDGE OF THE DISTRICT COURT

1