**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL OCHOA RENDON,

           Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

           Respondents

_____/

No. C-06-2060 MMC

**ORDER AFFORDING RESPONDENTS OPPORTUNITY TO FILE RESPONSE TO REQUEST FOR TEMPORARY RESTRAINING ORDER PENDING MARCH 24, 2006 HEARING**

      By separate order filed concurrently herewith, the Court has granted petitioner's

unopposed motion for an order shortening time to hear petitioner's motion for

reconsideration of the Court's March 17, 2006 order denying petitioner's request for a

temporary order staying the order of removal pending ruling on the merits of his petition for

a writ of habeas corpus; the hearing on the motion for reconsideration is scheduled for

March 24, 2006, at 9:00 a.m.

      Also before the Court is petitioner's request for issuance of a temporary order

staying the order of removal, pending the March 24, 2006 hearing.  Petitioner represents

that respondents oppose the request for issuance of a temporary stay pending the March

24, 2006 hearing.  The Court hereby affords respondents the opportunity to file any

response to said request for a temporary stay, no later than 2:00 p.m. on March 21, 2006.

    **IT IS SO ORDERED.**

Dated: March 21, 2006

_____
MAXINE M. CHESNEY
United States District Judge