IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL OCHOA RENDON,                             No. C-06-2060 MMC

        Petitioner,                            **ORDER DENYING PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDER PENDING MARCH 24, 2006 HEARING**

v.

MICHAEL CHERTOFF, et al.,

        Respondents
_____/

      Before the Court is petitioner's request for issuance of a temporary restraining order staying the order of removal. Respondents have filed opposition, in which respondents have submitted, <u>inter alia</u>, evidence that petitioner has been removed.

      Having reviewed the papers submitted by the parties, and in light of respondents' evidence that petitioner has been removed, the Court finds the issue of whether petitioner is entitled to a temporary stay of the order of removal is moot.

      Accordingly, petitioner's request for issuance of a temporary restraining order staying the order of removal is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: March 21, 2006

                                           MAXINE M. CHESNEY
                                           United States District Judge