IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL OCHOA RENDON,

    Petitioner,

v.

MICHAEL CHERTOFF, et al.,

    Respondents

No. C-06-2060 MMC

**ORDER DENYING AS MOOT PETITIONER'S MOTION FOR RECONSIDERATION; DIRECTING PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

    Before the Court is petitioner's motion, filed March 20, 2006, for reconsideration of the Court's March 17, 2006 order denying petitioner's motion for a temporary stay of the order of removal.

    Because petitioner was removed on March 20, 2006, (see Deiss Decl., filed March 21, 2006, Ex. A), petitioner's motion for reconsideration is DENIED as moot.[1]

    Further, in light of the removal, petitioner is hereby DIRECTED to show cause, in writing and no later than April 7, 2006, why the instant petition should not be dismissed as moot. Respondents may file a reply to petitioner's response no later than April 14, 2006, at which time the Court will take the issue of whether the petition is moot under submission.

    **IT IS SO ORDERED.**

Dated: March 23, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing scheduled for March 24, 2006 is hereby VACATED.