KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL OCHOA RENDON, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement, and ALBERTO GONZALES, Attorney General of the United States, <br><br> Respondents. | No. C 06-2060 MMC <br><br> **STIPULATION TO VACATE THE MARCH 24, 2006 HEARING DATE and FOR SETTING OF A BRIEFING SCHEDULE; AND ORDER** |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to vacate the Court's hearing on petitioner's motion to reconsider order denying petitioner's motion for an emergency stay of execution and application for a temporary stay order pending ruling on motion set for March 24, 2006 at 9:00 a.m. in Courtroom 7 of the above entitled court. In addition, the parties hereby respectfully ask this Court to approve the following briefing schedule:

| | |
|---|---|
| Respondents' Return to Habeas Petition due: | May 9, 2006 |
| Petitioner's Reply: | May 16, 2006 |
| Hearing: | May 26, 2006, at 9:00 a.m. |

Stip. to Briefing Schedule Schedule
C06-2060 MMC

Date: March 23, 2006                                  Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents


_____/s/_____
Date: March 23, 2006                                  JAMES TODD BENNETT
Attorney for Petitioner

## ORDER

Pursuant to above stipulation, IT IS SO ORDERED.

Further, in light of the parties' stipulated briefing schedule, the Court's order to show cause, filed March 23, 2006, is hereby VACATED.

Date: March 23, 2006                                  _____
MAXINE M. CHESNEY
United States District Judge

Stip. to Briefing Schedule Schedule
C06-2060 MMC